22-2326

Shawanda Thomas

v.

DHL Supply Chain

SAMUEL H. MAYS, JR.          CHARMIANE G. CLAXTON