**U.S. Department of Justice**
United States Marshals Service

C2

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>Shawanda Thomas | COURT CASE NUMBER<br>2:22-cv-02326-SHM-cgc |
|---|---|
| DEFENDANT<br>DHL Supply Chain (USA) | TYPE OF PROCESS<br>summons and complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | DHL Supply Chain (USA) |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | CT Corporation Systems, 300 Montvue Road, Knoxville, TN 37919-5546 |

2022 OCT 25 PM 2:37 RECEIVED

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawanda Thomas<br>1226 Gimel Lane<br>Cordova, TN 38016 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on USA. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please see the attached court order.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| S/ Anthony Johnson Deputy Clerk | ☐ DEFENDANT | 901-495-1207 | 10/11/22 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 076 | No. 074 | a/ Reo | 10/25/22 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Samantha Sutton | |

| Address *(complete only different than shown above)* | Date | Time | |
|---|---|---|---|
| | 10-20-22 | 1:43 | ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 21.25 | 8.00 | 159.25 | — | 159.25 |

REMARKS: 10/14/22- Fwd to EITN TO SERVE Personally
10/14/22- Fwd to SDUSm For Personal Service

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

10/14/22  1:30pm

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

Shawanda Thomas

*Plaintiff(s)*

v.

Civil Action No. 2:22-cv-02326-SHM-cgc

DHL Supply Chain (USA)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DHL Supply Chain
SERVE at: Exel, Inc
CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shawanda Thomas
1226 Gimel Lane
Cordova, TN 38016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF



s/ Anthony Johnson

Date: 10/11/2022



**U.S. Department of Justice**
**U.S. Marshals Service**
**Eastern District of Tennessee**

## THIRD ATTEMPT

DATE _____ START TIME _____ END TIME _____

### DEPUTY RATES FOR SERVICE
RATES FOR FIRST DEPUTY OR ANY ADDITIONAL DEPUTIES. CHARGES, ARE INCURRED FROM THE FIRST HOUR OR PART THEREOF AT THE $65.00 PER HOUR RATE

DUSM (1) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ _____
DUSM (2) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ _____
DUSM (3) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ _____
DUSM (4) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ _____
　　　　　　　　　　　　　　　　TOTAL EXPENSES FOR DEPUTY HOURS = $ _____

TOTAL MILEAGE ACCUMULATED ____ MILES @ $0.625/MILE　　　$ _____
PARKING FEES　　　　　　　　　　　　　　　　　　　　　　　$ _____
TOLL CHARGES　　　　　　　　　　　　　　　　　　　　　　　$ _____
OTHER EXPENSES (SPECIFY) _____　$ _____

　　　　　　　　　　　　TOTAL EXPENSES FOR THIRD ATTEMPT　$ _____

NOTES: _____
_____
_____
_____

## TOTAL FEES FOR ALL SERVICE ATTEMPTS

TOTAL HOURS OR ANY PART THEREOF FOR ALL DEPUTIES
　FOR ALL ATTEMPTS　　　　____ HOURS @ $65.00 HOUR　　　130.00
TOTAL MILEAGE FOR ALL DEPUTIES
　FOR ALL ATTEMPTS:　　　　____ MILES @ $0.625 MILE　　　21.25

　　　　GRAND TOTAL OF EXPENSES FOR ALL ATTEMPTS　　　151.25
　　　　　　　　　　　　　　　　　　　　　　　　　　　　8.00 FWP

NOTES: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　159.25
_____
_____



U.S. Department of Justice
U.S. Marshals Service
Eastern District of Tennessee

## SERVICE OF PROCESS FEE SCHEDULE

PROCESS CASE #: __2:22-CV-0236__ TYPE OF PROCESS: __Summons/Complaint__

### FIRST ATTEMPT

DATE: __10/19/2022__ START TIME: __15:00__ END TIME: __16:00__

#### DEPUTY RATES FOR SERVICE
RATES FOR FIRST DEPUTY OR ANY ADDITIONAL DEPUTIES, CHARGES, ARE INCURRED FROM THE FIRST HOUR OR PART THEREOF AT THE $65.00 PER HOUR RATE.

DUSM (1) __CALLAGHAN__ __1__ HOURS OR PART THEREOF @ $65.00 HOUR = $ __65.00__
DUSM (2) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ ____
DUSM (3) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ ____
DUSM (4) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ ____
TOTAL EXPENSES FOR DEPUTY HOURS = $ ____

TOTAL MILEAGE ACCUMULATED: __18__ MILES @ $0.625 MILE = $ __11.25__
PARKING FEES: $ ____
TOLL CHARGES: $ ____
OTHER EXPENSES (SPECIFY): _____ $ ____

TOTAL EXPENSES FOR FIRST ATTEMPT = $ __76.25__

NOTES: __ENTERED CT CORPORATION OFFICE AT 15:30. RECEPTIONIST STATED LEGAL PROCESS WAS ONLY ACCEPTED PRIOR TO 15:00.__

### SECOND ATTEMPT

DATE: __10-20-22__ START TIME: __1335__ END TIME: __1345__

#### DEPUTY RATES FOR SERVICE
RATES FOR FIRST DEPUTY OR ANY ADDITIONAL DEPUTIES, CHARGES, ARE INCURRED FROM THE FIRST HOUR OR PART THEREOF AT THE $65.00 PER HOUR RATE.

DUSM (1) __Myers__ __1__ HOURS OR PART THEREOF @ $65.00 HOUR = $ __65.00__
DUSM (2) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ ____
DUSM (3) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ ____
DUSM (4) _____ ____ HOURS OR PART THEREOF @ $65.00 HOUR = $ ____
TOTAL EXPENSES FOR DEPUTY HOURS = $ ____

TOTAL MILEAGE ACCUMULATED: __16__ MILES @ $0.625 MILE = $ __10.00__
PARKING FEES: $ ____
TOLL CHARGES: $ ____
OTHER EXPENSES (SPECIFY): _____ $ ____

TOTAL EXPENSES FOR SECOND ATTEMPT = $ __75.00__

NOTES: _____

Civil Action No. 2:22-cv-02326-SHM-cgc

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Samantha Sutton__ , who is designated by law to accept service of process on behalf of *(name of organization)* __DHL Supply Chain (USA)__ on *(date)* __10-20-22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __21.25__ for travel and $ __130.00__ for services, +8.00 Fwd Fees for a total of $ __159.25__ .

I declare under penalty of perjury that this information is true.

Date: __10-20-22__

_____
*Server's signature*

__Brandon Myers__
*Printed name and title*
U.S. MARSHALS SERVICE
800 MARKET ST., SUITE 320
KNOXVILLE, TN 37902-2343

*Server's address*

Additional information regarding attempted service, etc: