# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHAWANDA THOMAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     No. 2:22-cv-2326-SHM/cgc |
| | ) |
| EXCEL Inc. d/b/a DHL SUPPLY CHAIN (USA), | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING TEMPORARY STAY

Pursuant to the Court's December 12, 2023 order, Plaintiff Shawanda Thomas is without counsel. (ECF No. 50.) IT IS THEREFORE ORDERED that this action is temporarily stayed.

ENTERED this 12th day of December, 2023.

                                                        */s/   Samuel H. Mays, Jr.*
                                                        SAMUEL H. MAYS, JR.
                                                        UNITED STATES DISTRICT JUDGE