**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| SHAWANDA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No. 2:22-cv-2326-SHM |
| | ) |
| DHL SUPPLY CHAIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER DISMISSING CASE**

On September 27, 2024, the Court closed this case administratively as Plaintiff Shawanda Thomas sought new counsel after her original counsel had withdrawn. (ECF No. 59.) On November 15, 2024, Plaintiff sent a document to the Court describing her difficulty in obtaining counsel and her various medical issues. (ECF No. 60.) On November 26, 2024, the Court held a status conference to discuss the issues Plaintiff raised in her November 15, 2024 filing. (ECF No. 61.) The Court allowed the case to remain administratively closed while Plaintiff sought counsel. Since then, Plaintiff has not filed anything in this case. On December 15, 2025, Defendant Exel Inc. d/b/a DHL Supply Chain (USA) filed a motion to dismiss for lack of prosecution. (ECF No. 62.) Plaintiff has not responded. On May 22, 2026, the

Court entered a show cause order giving Plaintiff thirty days to show why this matter should not be dismissed for failure to prosecute. (ECF No. 63.) The order was emailed to Plaintiff the day it was entered.  Plaintiff has not responded to the order and the time to do so has passed.

Plaintiff appears to have abandoned this action.  It is well settled that the Court has the authority and discretion to dismiss *sua sponte* a civil action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Link v. Wabash R.R, 370 U.S. 626 (1962); Consolidation Coal Co. v. Gooding, 703 F.2d 230 (6th Cir. 1983).  "This measure is available to the district court as a tool to effect management of its docket and avoidance of unnecessary burdens on the tax-supported courts and opposing parties." Knoll v. AT&T, 176 F.3d 359, 363 (6th Cir. 1999).

This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.


So ordered this 23rd day of June, 2026.


*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2